**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JOHN F. KERRY, )<br>  in his official capacity as )<br>  Secretary of State of the United States )<br>      Defendant. )<br>_____) | Case No. 1:15-cv-00785-JEB |
| )<br>CAUSE OF ACTION INSTITUTE )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JOHN F. KERRY, )<br>  in his official capacity as )<br>  Secretary of State of the United States )<br>)<br>      and )<br>)<br>DAVID S. FERRIERO, )<br>  in his official capacity as )<br>  Archivist of the United States )<br>      Defendants. )<br>_____) | Case No. 1:15-cv-01068-JEB |

**PLAINTIFF CAUSE OF ACTION'S MOTION FOR JURISDICTIONAL DISCOVERY**

Plaintiff Cause of Action Institute ("Cause of Action") respectfully moves this Court to grant discovery for the limited purpose of establishing facts to support this Court's jurisdiction and to stay Defendants' Motion to Dismiss (ECF 9) until such discovery is complete.

Discovery is warranted in this case because Defendants' Motion to Dismiss raises factual objections to the Court's subject-matter jurisdiction and because Cause of Action can describe in detail the discovery it wishes to conduct and possesses a good-faith belief that such discovery

will establish the existence of this Court's subject-matter jurisdiction in the face of Defendants' objections.  Pursuant to Local Rule 7(a) and in support of this Motion, Cause of Action submits the attached Memorandum in Support of Cause of Action's Motion for Jurisdictional Discovery, Declaration of R. James Valvo, III with accompanying exhibits, and Proposed Order.

Pursuant to Local Rule 7(m), Cause of Action states that it discussed this motion with counsel for Defendants in a good-faith effort to determine whether there is any opposition to the relief sought and to narrow areas of disagreement.  On the basis of that discussion, Cause of Action understands that Defendants will oppose this motion.

Date: October 8, 2015

Respectfully Submitted,

/s/ Daniel Z. Epstein

Daniel Z. Epstein (D.C. Bar. No. 1009132)
daniel.epstein@causeofaction.org

R. James Valvo, III
(D.C. Bar. No. 1017390)
james.valvo@causeofaction.org

Cause of Action
1919 Pennsylvania Ave., NW, Suite 650
Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842

*Counsels for Plaintiff Cause of Action*