**UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~**
**~~SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)~~**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-0785 |
| | ) | |
| REX TILLERSON, in his official capacity as Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CAUSE OF ACTION INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-1068 |
| | ) | |
| REX TILLERSON, in his official capacity as Secretary of State, and DAVID S. FERRIERO, in his official capacity as Archivist of the United States, | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL DECLARATION OF E. W. PRIESTAP**
**FEDERAL BUREAU OF INVESTIGATION**

(U)  I, E.W. Priestap, hereby declare and say:

1.   (U)  I have been a Special Agent with the Federal Bureau of Investigation (FBI) for eighteen (18) years. I was assigned to the Counterintelligence Division at FBI Headquarters as the Assistant Director in December 2015. Before then, I served as the Deputy Assistant Director of the Intelligence Operations Branch in the Directorate of Intelligence at FBI

1

**UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~**
**~~SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)~~**

**UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE**
**SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)**

Headquarters. Prior to that, I was the Special Agent in Charge of the Counterintelligence Division in the New York Field Office in 2013, where I supported counterterrorism and counterintelligence operations since 2006 as a Supervisory Special Agent.

2.   (U)  On July 10, 2015, the FBI initiated a full investigation based upon a referral from the US Intelligence Community Inspector General (ICIG), submitted in accordance with Section 811(c) of the Intelligence Authorization Act of 1995 and dated July 06, 2015, regarding the potential unauthorized transmission and storage of classified information on the personal e-mail server of former Secretary of State Hillary Clinton (Clinton). In my capacity as the Assistant Director assigned to counterintelligence and counterespionage matters, I supervised the Clinton Server Investigation. I make this supplemental declaration to provide the Court with additional background information regarding investigative efforts taken to obtain repositories of e-mail which would assist the FBI in investigating the potential unauthorized transmission and storage of classified information. The information stated herein is based on my personal knowledge, my review and consideration of documents and information available to me in my official capacity, and information furnished to me by Special Agents and other employees of the FBI.

## SCOPE OF THE FBI'S INVESTIGATION

3.   (U)  As discussed above, the FBI's full investigation was predicated upon a referral from the ICIG notifying the FBI of the potential unauthorized transmission and storage of classified information on the personal e-mail server of former Secretary Clinton. Based upon the ICIG's referral, the FBI's national security investigation was limited in scope to determining: 1) whether classified information was transmitted or stored on unclassified systems in violation

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)~~

of federal statutes; and 2) whether classified information was compromised by unauthorized individuals, to include foreign governments or intelligence services, via cyber intrusion or other means. The scope of the FBI's investigation was further limited to former Secretary Clinton's tenure at the Department of State (January 21, 2009 to February 01, 2013).

    4.    (U)  Through the course of the investigation, the FBI sought to obtain all identified e-mail communications that were transmitted or stored upon former Secretary Clinton's private e-mail servers.  These investigative efforts consisted of obtaining e-mail repositories through consent of former Secretary Clinton, her representatives, former members of her staff, the State Department, and numerous other government agencies with which the Secretary communicated.  In the course of its investigation, the FBI also interviewed individuals who had the most frequent apparently work-related communications with Secretary Clinton and obtained additional e-mail correspondence between some of those individuals and Secretary Clinton during her tenure, most of which were copies already collected.

    5.    (U//LES) ███████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
████████████████████████████████████
██████████████████████████████████

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)~~

**UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~**
**~~SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)~~**

5. (U//LES) ███████████████████████

███████████████████████

███████████████████████

███████████████████

███████████████████████

███████████████████████

██████████████████████

█████████████████████

███████████████████████

██████████████████████

6. (U//LES) ███████████████

███████████████████████

███████████████████████

█████████████████████

█████████████████████

█████████████████████

███████████████████████

████████████████████

███████████████████████

████████████

7. (U//LES) ███████████████████

███████████████████████

4

**UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~**
**~~SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)~~**

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████

8. (U//LES) ████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

9. (U//LES) ████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

**UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~**
**~~SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)~~**

10.  (U//LES)  ██████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████

## CONCLUSION

11.  (U)  It is my opinion that the FBI undertook all reasonable and comprehensive efforts to recover e-mail communications relevant to its investigation of the potential unauthorized transmission and storage of classified information on the personal e-mail server of former Secretary Clinton.  The FBI sought all potentially work-related e-mails from the former Secretary's tenure and then provided relevant e-mails for classification reviews to the appropriate U.S. Government agencies.  In addition to the records identified above and associated with the "BlackBerry e-mails," as of July 2016, the FBI recovered several thousand unique work-related and personal e-mails from Clinton's tenure associated with the hdr22@clintone-mail.com e-mail address that were not provided by Williams & Connolly as part of Clinton's production to the Department of State.  The FBI has since turned over all of these e-mails and other documents to the Department of State for agency record determination.[1]  In connection with an unrelated pending investigation, the FBI learned of the existence of e-mails that appeared pertinent to the Clinton investigation and took appropriate steps to allow investigators to review those e-mails.

---

[1] (U)  The FBI did not and could not make assessments of whether these e-mails were Department of State records under the Federal Records Act.

6

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~SUBJECT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)~~

Investigative activities undertaken in October 2016 with respect to those e-mails resulted in additional e-mails being discovered which may be potentially work-related, which were primarily associated with the clintonemail.com domain. The FBI provided these e-mails to the Department of State for agency record determination on June 15, 2017, which concluded the FBI's transfer of potential agency records to the Department of State. It is my opinion that there were no further steps that could have been reasonably undertaken by the FBI that would have recovered additional Clinton work-related e-mails.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that Exhibit A attached hereto is a true and correct copy.

Executed this 23rd day of June, 2017.

*E. W. Priestap* (signature)

E. W. Priestap
Assistant Director
Counterintelligence Division
Federal Bureau of Investigation