UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>REX W. TIILLERSON, in his official capacity as U.S. Secretary of State,<br><br>　　Defendant.<br>------------------------------------------------------<br>CAUSE OF ACTION INSTITUTE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>REX W. TILLERSON, in his official　　capacity as U.S. Secretary of State,　　and<br>DAVID S. FERRIERO, in his official　　capacity as U.S. Archivist,<br><br>　　Defendants. | Civil Action No. 15-785 (JEB)<br><br><br><br><br><br><br><br>Civil Action No. 15-1068 (JEB) |

**<u>ORDER</u>**

　　For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion is GRANTED in part;

2. Defendants shall submit an unredacted copy of the Second Priestap Declaration, subject to the limited exception specified;

3. The stay upon briefing is LIFTED, and Plaintiffs shall file Replies in support of their Cross-Motions on or before September 14, 2017.

1

IT IS SO ORDERED.

          /s/ *James E. Boasberg*
          JAMES E. BOASBERG
          United States District Judge

Date:  August 31, 2017